IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

D & J DRILLING, LLC
*a New Mexico Limited Liability Company,*

     Plaintiff,

vs.                                          No. CIV 13-0776 KG/KBM

FIRST LIBERTY ENERGY, INC.,
*a Florida for Profit Corporation,*

     Defendant.

## ORDER TO SHOW CAUSE

On January 22, 2016, the Court set a telephonic status conference for Thursday, January 28, 2016, at 2:00 PM. (Doc. 43). Attorney for Plaintiff appeared on time; attorneys for Defendant failed to appear and have yet to contact the Court regarding their absence.

IT IS THEREFORE ORDERED that, within five (5) days of entry of this Order, attorneys Charles V. Henry, IV, and Donald A. Walcott shall show cause, in a written response, why they should not be sanctioned for not appearing telephonically on January 28, 2016.

IT IS HEREBY ORDERED.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE